ACCEPTED
01-14-00776-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 3:58:40 PM
CHRISTOPHER PRINE
CLERK



THOMAS C. WRIGHT
wright@wrightclose.com

Board Certified
Civil Trial Law and Civil Appellate Law
Texas Board of Legal Specialization

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/29/2015 3:58:40 PM

CHRISTOPHER A. PRINE
Clerk

April 29, 2015

*Via Electronic Submission*
Mr. Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin
Houston, Texas 77002

      Re:    No. 01-14-00776-CV; *Schlumberger Limited, et al. v. Charlotte Rutherford*; In the First Court of Appeals, Houston, Texas.

Dear Mr. Prine:

    Please be advised that the following attorney will appear and present oral argument for Appellee/Cross-Appellant Charlotte Rutherford in the above-referenced case on May 5, 2015 at 10:30 am:

Thomas C. Wright
State Bar No. 22059400
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321
(713) 572-4320 (facsimile)
wright@wrightclose.com

    If you have any questions or need further information, please do not hesitate to contact me.

Very truly yours,
*/s/Thomas C. Wright*
Thomas C. Wright

TCW/trs

WRIGHT & CLOSE, LLP
ONE RIVERWAY, SUITE 2200, HOUSTON, TEXAS 77056 • TEL: 713.572.4321 • FAX: 713.572.4320

Mr. Christopher A. Prine
April 29, 2015
Page 2

*cc: Via Electronic Service*

Sean D. Jordan
Kent C. Sullivan
Danica L. Milios
Peter C. Hansen
SUTHERLAND ASBILL & BRENNAN LLP
600 Congress Avenue, Suite 2000
Austin, Texas 78701

Craig Smyser
Land Murphy
Justin Waggoner
SMYSER KAPLAN & VESELKA, LLP
700 Louisiana Street, Suite 2300
Houston, Texas 77002

*Counsel for Schlumberger Limited and
Schlumberger Technology Corporation*